

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00370-CV

**In the Interest of A.C.D.**, C.N.D., M.M.D., E.N.A.-D., S.S.L., B.F.L., H.E.L., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02017
Honorable Monique Diaz, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating the parent-child relationship between B.A. and the children A.C.D., C.N.D., M.M.D., E.N.A.-D., S.S.L., B.F.L., and H.E.L. Because appellant is indigent, no costs are assessed against her.

SIGNED January 13, 2021.

Luz Elena D. Chapa, Justice